# EXHIBIT C

# BlenderBottle

- Home
- Products
- Uses
- Reviews
- Recipes

## The Best Mixer since the Wire Whisk.

Gourmet cooks rely on the wire whisk to blend their ingredients into a smooth and light consistency. Now you can do the same with the BlenderBottle®.

The patented BlenderBall® wire whisk moves freely throughout the bottle as you shake it, mixing the thickest ingredients with ease. Now you can mix it smooth—anytime, anywhere!

**Buy Now!**



©2009 Sundesa, LLC.  Home | Products | Find a Store | Contact Us | Privacy Policy | Returns & Refunds Policy   sundesa