AO 121

| To: | **Mail Stop 8**<br>**Director of Patents and Trademarks**<br>**PO BOX 1450**<br>**Alexandria VA 22313-1450** | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116, you are hereby advised that a court action has been filed in the **U.S. District Court** <u>for the District of Utah</u> on the following    [X] Patents   [✖] Trademarks:

| DOCKET NO.<br>**209CV616 DB** | DATE FILED<br>**7/10/09** | U.S. DISTRICT COURT<br>**Central District of Utah**<br>**350 South Main Street, Room 150, Salt Lake City, UT 84101** |
|---|---|---|
| PLAINTIFF<br><br>**Sundesa**<br><br>**Runway Blue** | | DEFENDANT<br><br>**Shaker Cup** |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT OR<br>TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 see complaint | see complaint | see complaint |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following patents(s) have been included:

| DATE INCLUDED | INCLUDED BY |   [ ] Amendment   [ ] Answer   [ ] Cross Bill   [ ] Other Pleading |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT OR<br>TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, a final decision had been rendered or judgment issued:

| DECISION / JUDGMENT |
|---|
| Voluntarily dismissed by Plaintiff |

| CLERK<br>D. Mark Jones | (BY) DEPUTY CLERK<br>Ryan Robertson | DATE<br>1/10/2011 |
|---|---|---|

DISTRIBUTION :
1) Upon initiation of action mail copy to Commissioner & lodge a copy in the file
2) Upon filing of document adding copyright(s), mail copy to Commissioner & lodge a copy in the file
3) Upon termination of action , mail copy to Registrar of Copyrights & lodge a copy in the file.